**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 486 MAL 2020

          Respondent                :

                              :  Petition for Allowance of Appeal
                              :  from the Order of the Superior Court

          v.                   :

                              :

PATRICK SCOTT MONGEAU,       :

          Petitioner                :

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.